IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY BARBER,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1376

Opinion filed December 19, 2017.

Petition for Writ of Certiorari—Original Jurisdiction.

Larry Barber, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied because the lower court's denial of the mandamus petition did not constitute a departure from the essential requirements of law. To the extent petitioner challenges the lower court's imposition of a lien on his inmate trust account, that claim is not preserved because petitioner failed to raise it below. See Kemp v. McDonough, 955 So. 2d 635, 637 (Fla. 1st DCA 2007).

WOLF, WINOKUR, and JAY, JJ., CONCUR.